Approved, SCAO

Legal Software, Inc
(800)-530-2255

| STATE OF MICHIGAN<br>United States District Court<br>Western District of Michigan<br>Southern Division | ORDER FOR<br>ADMINISTRATIVE CLOSING<br>DUE TO BANKRUPTCY STAY | CASE NO.<br>1:07-CV-0332<br>Hon. Hugh W. Brenneman, Jr. |
|---|---|---|

**Court address**  Court telephone no.
399 Federal Building, 110 Michigan Street, N.W., Grand Rapids, MI 49503

| Plaintiff name(s) and address(es)<br>POLARIS HOME FUNDING CORP. | Defendant name(s) and address(es)<br>PREMIER MORTGAGE FUNDING, INC. |
|---|---|
| Plaintiff(s) attorney, bar no., address, and telephone no.<br>Steven J. VanderArk (P32471)<br>29 Pearl Street, N.W., Ste. 145<br>Grand Rapids, MI 49503<br>(616) 454-6500 | Defendant(s) attorney, bar no., address, and telephone no.<br>Thomas E. Daniels (P29565)<br>Pear Sperling Eggan & Daniels, P.C.<br>Attorneys for Premier, Only<br>1349 S. Huron St., Suite 1, Ypsilanti, MI 48197<br>(734) 483-3626 |

This case has been stayed in bankruptcy as to **Premier Mortgage Funding, Inc., Only**.

| Bankruptcy petition no.<br>8:07-bk-05713-CPM<br>Filed on 7/3/07 | United States District Court<br>Federal District Court – Tampa, Florida |
|---|---|

**IT IS ORDERED:**

1. This case is closed for administrative purposes without prejudice as to **Premier Mortgage Funding, Inc., Only.**

2. This closing does not constitute a dismissal or a decision on the merits.

3. When the bankruptcy stay has been removed this case may be reopened on motion of any party.

August 7, 2007
Date

/s/ Hugh W. Brenneman, Jr.
Hugh W. Brenneman, Jr.
U.S. Magistrate Judge

MC 300 (6/86)   ORDER FOR ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY STAY